**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

_____

| | |
|---|---|
| DAVID PAYNE,<br>        Plaintiff, | CASE NO.  2:18-cv-10291 |
|       vs. | Judge<br>Magistrate Judge |
| EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; TRANS UNION, LLC, a Delaware limited liability company; LJ ROSS ASSOCIATES, INC., a Michigan corporation; AUTOMATED ACCOUNTS MANAGEMENT SERVICES, LLC, a foreign limited liability company; CAPITAL ACCOUNTS, LLC, a foreign limited liability company; and MERCHANTS & MEDICAL CREDIT CORPORATION, INC., a Michigan corporation;<br>        Defendants. | |

_____

## INDEX OF EXHIBITS

_____

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | Summons To Trans Union, LLC |
| B | Complaint To Trans Union, LLC |