UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PAYNE,

       Plaintiff,                                  Case No. 18-cv-10291

vs.                                                HON. MARK A. GOLDSMITH

EQUIFAX INFORMATION SERVS., LLC,
et al.,

       Defendants.
_____/

### ORDER REGARDING REMOVAL

       This matter has been removed to this Court.  See Notice of Removal (Dkt. 1).  Within five (5) days of today's date, the parties shall file with this Court — as separate docket entries — all answers, amended pleadings, responsive pleadings, pending motions, and responses/replies to those motions that were originally filed in state court.  The Court generally will not consider any unresolved motions pending in state court at the time of removal, unless they have been re-filed on this Court's docket.  The same is true for any responses or replies that had been filed in state court in connection with motions not yet resolved at the time of removal.  Each party is responsible for the docketing of its own documents with this Court.

       To the extent briefing has not been completed on a pending motion at the time of removal, the briefing schedule set forth in Local Rule 7.1(e) applies upon docketing with this Court, unless the Court orders otherwise.

       SO ORDERED.

Dated:  January 31, 2018              s/Mark A. Goldsmith
      Detroit, Michigan               MARK A. GOLDSMITH
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 31, 2018.

                                              s/Julie Owens acting in the absence of Karri Sandusky
                                              Case Manager