UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DAVID PAYNE

      Plaintiff(s),

v.

CAPITAL ACCOUNTS, LLC

      Defendant(s).
_____/

Case No. 2:18-CV-10291

Judge Mark A. Goldsmith

Magistrate Judge Elizabeth A. Stafford

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against CAPITAL ACCOUNTS, LLC for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on January 22, 2018 at Incorp. Services, Inc., 7285 S. Michigan Rd., Eaton Rapids, MI 48827 by certified mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: February 27, 2018

/s/ Mark Linton

P66503
Credit Repair Lawyers of America
22142 W. Nine Rd.
Southfield, MI 48033
(248) 353-2882
mark@crlam.com