UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PAYNE,
    Plaintiff,

                                  Case No. 2:18-cv-10291-MAG-EAS
v.                              Hon. Elizabeth A. Stafford

EQUIFAX INFORMATION
SERVICES, LLC, et al.,
    Defendants.
_____

# NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT CAPITAL ACCOUNTS, LLC, ONLY, WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action against Defendant Capital Accounts, LLC, ONLY, with prejudice and without costs to either party.

                                        Respectfully submitted

May 11, 2018                           /s/ Gary Nitzkin_____
                                                GARY D. NITZKIN (P41155)
                                                Attorney for Plaintiff
                                                22142 West Nine Mile Road
                                                Southfield, MI 48033
                                                (248) 353-2882
                                                gary@crlam.com

## **PROOF OF SERVICE**

I, Amber Gingiloski, hereby state that on May 11, 2018, I served a copy of the within pleading upon all counsel of record via the ECF System.

/s/ Amber Gingiloski